BUCHALTER
A Professional Corporation
GARY A. WOLENSKY (SBN: 154041)
ANNE MARIE ELLIS (SBN: 223437)
JAMISON POWER (SBN: 261585)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Fax: (949) 720-0182
Email: gwolensky@buchalter.com

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.,
JARDEN CONSUMER SOLUTIONS
COMMUNITY FUND, INC., and
TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

RODRIGO SANTOME,

Plaintiff,

vs.

SUNBEAM PRODUCTS, INC. JARDEN CONSUMER SOLUTIONS COMMUNITY FUND, INC. TARGET CORPORATION, and DOES 1-100, Inclusive,

Defendants.

Case No.

[Originally filed in Los Angeles County Superior Court, Case No. BC643855]

**NOTICE OF RELATED CASES IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332, 1441, 1446 (DIVERSITY JURISDICTION)**

Date Filed: December 15, 2016

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3, Defendants Sunbeam Products, Inc., Jarden Consumer Solutions Community Fund, Inc., and Target Corporation., hereby provides notice that the above-entitled captioned action does not involve any other related cases.

DATED: February 23, 2017

BUCHALTER NEMER
A Professional Corporation

By: */s/ Gary A. Wolensky*
GARY A. WOLENSKY
ANNE MARIE ELLIS
JAMISON POWER
Attorneys for Defendants
SUNBEAM PRODUCTS, INC., JARDEN CONSUMER SOLUTIONS COMMUNITY FUND, INC., and TARGET CORPORATION